IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MIGHTY MUG, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:22-CV-100-RP |
| | § | |
| THE INDIVIDUALS, | § | |
| PARTNERSHIPS | § | |
| AND UNINCORPORATED | § | |
| ASSOCIATIONS IDENTIFIED ON | § | |
| SCHEDULE A, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the report and recommendation from United States Magistrate Judge
Dustin M. Howell concerning Plaintiff Mighty Mug, Inc.'s ("Mighty Mug") motion for default
judgment. (R. & R., Dkt. 79). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the
Local Rules of the United States District Court for the Western District of Texas, Judge Howell
issued his report and recommendation on June 23, 2023. (*Id.*). As of the date of this order, no party
has filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a
magistrate judge's proposed findings and recommendations within fourteen days after being served
with a copy of the report and recommendation and, in doing so, secure de novo review by the
district court. When no objections are timely filed, a district court can review the magistrate's report
and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no
timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the
face of the record in order to accept the recommendation.").

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (R. & R., Dkt. 79), is **ADOPTED**. Mighty Mug's motion for default judgment, (Mot., Dkt. 62), is **GRANTED**.

**SIGNED** on July 28, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE