IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MIGHTY MUG, INC., § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | 1:22-CV-100-RP |
| § | | |
| THE INDIVIDUALS, § | | |
| PARTNERSHIPS § | | |
| AND UNINCORPORATED § | | |
| ASSOCIATIONS IDENTIFIED ON § | | |
| SCHEDULE A, § | | |
| § | | |
| Defendants. § | | |

## **FINAL JUDGMENT**

Plaintiff Mighty Mug, Inc. confirmed this "case has a default judgment entered against all remaining defendants, and Plaintiff has nothing to advance the litigation further." Accordingly, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

All other relief requested is **DENIED**.

**IT IS FINALLY ORDERED** that this case is **CLOSED.**

**SIGNED** on February 28, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE